IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRYANT DENNINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:16CV926 |
| ) | |
| STEPHENIE R. BRATHWAITH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on August 22, 2017, was served on the parties in this action. (ECF Nos. 16, 17.) Plaintiff filed objections to the Magistrate Judge's Recommendation. (ECF No. 18.) The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Refund Motion (ECF No. 14) is DENIED.

This, the 6th day of September, 2017.

/s/ Loretta C. Biggs
United States District Judge